UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| RITA McCALL, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:06-cv-752-RLY-WTL |
| | ) | |
| EMERSON APPLIANCE CONTROLS and | ) | |
| MALLORY CONTROLS, | ) | |
|     Defendants. | ) | |

**FINAL JUDGMENT**

The court, having this day **GRANTED** Defendants Emerson Appliance Controls' and Mallory Controls' motion for summary judgment, now enters final judgment in their favor and against Plaintiff Rita McCall.

**SO ORDERED** this 8th day of January 2008.

                                                    RICHARD L. YOUNG, JUDGE
                                                  United States District Court
                                                  Southern District of Indiana

Laura Briggs, Clerk
U.S. District Court

_____
Deputy Clerk, U.S. District Court

Electronic copies to:

Laura Lee Bowker
LAW OFFICE OF LAURA L. BOWKER
laurabowker@hotmail.com

Mark W. Ford
ICE MILLER LLP
mark.ford@icemiller.com

Paul C. Sweeney
ICE MILLER LLP
paul.sweeney@icemiller.com